FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2016 DEC 27 AM 10: 17

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

JOHN FOSKEY,                          *
                                      *
          Plaintiff,                  *
                                      *
     v.                               *       CV 316-038
                                      *
CAROLYN W. COLVIN, Acting             *
Commissioner of Social Security,      *
                                      *
          Defendant.                  *

_____

O R D E R

_____

Pursuant to the power of this Court to enter a judgment
affirming, modifying or reversing the Commissioner's decision
with remand in Social Security actions under sentence four of
the Social Security Act, 42 U.S.C. § 405(g), and in light of
the government's request, with no opposition from Plaintiff,
to remand this action for further agency action, **IT IS ORDERED**
that the Commissioner's decision is hereby reversed under
sentence four of 42 U.S.C. § 405(g) with a remand of the cause
to the Commissioner for further proceedings.

Upon remand, the Administrative Law Judge shall further
reevaluate Plaintiff's mental impairments of anxiety disorder
and mood disorder; state the weight given to Dr. Marvin Long's
opinion, citing adequate reasons for accepting or rejecting
all of the limitations contained within that opinion; if

necessary, obtain supplemental vocational expert testimony concerning the effect of all of Plaintiff's impairments on his ability to perform other work; and take any other action deemed necessary. The Clerk of Court will enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**ORDER ENTERED** at Augusta, Georgia, this _27th_ day of December, 2016.

_____
UNITED STATES DISTRICT JUDGE