# United States District Court
## Southern District of Georgia

JOHN FOSKEY,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

    v.

CASE NUMBER: CV316-038

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on December 27, 2016, the Commissioner's decision is hereby reversed and remanded for further proceedings.

December 27, 2016
Date

Scott L. Poff
Clerk

_Megan A. Akins_
(By) Deputy Clerk